UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| PATRICK COLLINS, INC., )<br>)<br>    Plaintiff,    )<br>)<br>v.    )<br>)<br>TROY BOLINGER, HAROLD CAMPFIELD, )<br>IKEME OSI-OGBU, VALERIE MCCORD, )<br>BLAIN STOUT, MICHAEL MANN, EMRAH )<br>OZKAYA, MELISSA HUANG SANTILLI, )<br>and MR. MER ALIALY, )<br>)<br>    Defendants.    ) | Civil Case No. 1:12-cv-01136-SEB-MJD |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO REQUIRE PLAINTIFF TO POST BOND FOR COSTS AND EXPENSES [CM/ECF 82]**

**THIS CAUSE** having come before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Require Plaintiff to Post Bond for Costs and Expenses (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have until June 14, 2013 to file its response to Defendant's Motion to Require Plaintiff to Post Bond [CM/ECF 82].

    DONE AND ORDERED

Dated: 06/07/2013

distribution:
All electronically
registered counsel

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana