UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| PATRICK COLLINS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TROY BOLINGER, HAROLD CAMPFIELD, ) <br> IKEME OSI-OGBU, VALERIE MCCORD, ) <br> BLAIN STOUT, MICHAEL MANN, EMRAH ) <br> OZKAYA, MELISSA HUANG SANTILLI, ) <br> and MR. MER ALIALY, ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 1:12-cv-01136-SEB-MJD |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Plaintiff, Patrick Collins, Inc., by counsel, submits the following preliminary list of witnesses and exhibits that it presently believes it may introduce at trial. Plaintiff reserves the right to supplement or amend these lists at any time prior to trial;

**Witnesses:**

1. Plaintiff;

2. Tobias Fieser;

3. Defendants' ISPs;

4. Patrick Paige;

5. Any individuals on Defendants' initial disclosures and preliminary or final witness lists, including any supplements or amendments thereto;

6. Any experts Defendants may retain and designate to testify by the deadline set in the parties' Case Management Plan; and

7. Additional individuals revealed in discovery not yet conducted or completed or necessary to respond to witnesses, documents, facts or opinions not yet disclosed to Plaintiff.

### **Exhibits:**

1. The U.S. Copyright Registrations for each of the Infringed Works and any applicable corrections thereto;

2. Responses from Internet Service Providers (ISPs) identifying their subscribers who are the defendants or the husband of a Defendant in this action;

3. Routers that each Defendant used to connect to the Internet;

4. Original versions of the Infringed Works;

5. The .torrent files corresponding to each of the Infringed Works;

6. The .mov, .adi, .mpg, .wmd and all such similar files that correlate to each of the .torrent files downloaded and distributed by Defendants;

7. Wireshark PCAPs (packet captures) for each unique data capture set forth on Exhibit A to Plaintiff's Complaint; and

8. Copies (or forensically sound copies of the copies) of Defendants' hard drives.

If Plaintiff discovers additional witnesses or exhibits they intend to use at trial, counsel for Plaintiff will furnish an identification of the additional witnesses or exhibits to the Court and opposing counsel. This list does not include witnesses or exhibits Plaintiff may use for purposes of impeachment or rebuttal.

Dated: August 2, 2013

        Respectfully submitted,

        NICOLETTI & ASSOCIATES, PLLC

By:    /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti, Esq. (P44419)
        36880 Woodward Ave, Suite 100
        Bloomfield Hills, MI 48304
        Tel:  (248) 203-7800
        Fax:  (248) 203-7801
        E-Fax: (248) 928-7051
        Email:  paul@nicoletti-associates.com
        *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By:    /s/ *Paul J. Nicoletti*